AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Village of Nyack, New York | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:25-cv-01409 (PMH) |
| Professional Disposables Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intercos America, Inc.

Date: 03/21/2025

/s/ Kimberly A. Havlin
*Attorney's signature*

Kimberly A. Havlin (Bar No. KH6198)
*Printed name and bar number*
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
*Address*

kim.havlin@whitecase.com
*E-mail address*

(212) 819-8683
*Telephone number*

(212) 354-8113
*FAX number*