**WHITE & CASE**

> Application granted in part. Defendants' time to answer or otherwise respond to the First Amended Complaint is extended to April 28, 2025.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 57.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 24, 2025

March 21, 2025

**VIA ECF**

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Village of Nyack, New York v. Professional Disposables Inc., et al.*, Case No. 7:25-cv-01409

Dear Judge Halpern:

We represent Defendant Intercos America, Inc. ("Intercos") and write on behalf of Intercos and Defendants Professional Disposables Inc. ("Professional Disposables"), Tilcon New York Inc. ("Tilcon"), Teva Pharmacuticals USA, Inc. ("Teva Pharmaceuticals"), Clean Harbors Environmental Services, Inc. ("Clean Harbors"), Plastic-Craft Products Corp. ("Plastic-Craft"), and Safety-Kleen Systems., Inc. ("Safety-Kleen" and collectively, the "Requesting Defendants"), as well as Plaintiff Village of Nyack, New York ("Plaintiff"). We write pursuant to Rule 1(C) of the Court's Individual Practices to respectfully request an extension of time, up to and including Monday, June 23, 2025, for the Requesting Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 35).

The parties seek this extension of time to align the schedule for the responses of the Requesting Defendants; to afford Plaintiff additional time to complete service on the remaining defendants who have not yet been served; and to afford the Requesting Defendants additional time to conduct factual and legal research and investigation into Plaintiff's claims.

Absent extension, the response times applicable to the Requesting Defendants would be March 25, 2025 (Intercos, Tilcon, Clean Harbors, Teva Pharmaceuticals, and Safety-Kleen) and March 28, 2025 (Professional Disposables and Plastic-Craft).

This is the first request for an extension of time to answer or otherwise respond to the First Amended Complaint by any of these parties. This extension of time will not alter the date of any event or deadline already fixed by the Court.

The parties accordingly request that the Court grant an extension to June 23, 2025 for Requesting Defendants to answer, move, or otherwise respond to the First Amended Complaint.

**WHITE & CASE**

The Honorable Philip M. Halpern
March 21, 2025

Respectfully submitted,

*[signature]*

**Kim Havlin**
Partner

**T** +1 212 819 8683
**E** kim.havlin@whitecase.com