IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VILLAGE OF NYACK, NEW YORK,<br><br>               Plaintiff,<br><br>    -AGAINST-<br><br>PROFESSIONAL DISPOSABLES INC.; MIELE SANITATION CO. NY INC.; JOSEPH MIELE; SAFETY-KLEEN SYSTEMS, INC.; CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.; UNITED STRUCTURAL WORKS, INC.; TEVA PHARMACEUTICALS USA, INC.; INTERCOS AMERICA, INC.; CEROVENE INC.; CHARTWELL STAR RX, LLC; TILCON NEW YORK INC.; PLASTIC-CRAFT PRODUCTS CORP.; GENERAL BEARING CORPORATION; AND M ZONE PROPERTY LLC,<br><br>               Defendants. | Case No.: 7:25-cv-01409-PMH |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Harris Beach Murtha Collina PLLC, by Jeffery J. Sheng, Esq., an attorney duly admitted to practice before this Court, appears as counsel for the Defendant, SAFETY-KLEEN SYSTEMS, INC. ("Safety-Kleen"), in the above-referenced action and requests that my name be added to the docket sheet maintained by the Clerk of the Court, and that all notices required or given be provided to the undersigned and all papers required to be served in the above matter be served upon the undersigned at the address stated below.

Dated: March 24, 2025

/s/ Jeffery J. Sheng
Jeffery J. Sheng, Esq.
**HARRIS BEACH MURTHA CULLINA PLLC**
100 Wall Street, 23rd Floor
New York, NY 10005
Tel: 212-687-0100
Fax: 212-687-0659
jsheng@harrisbeachmurtha.com
*Attorneys for Defendant*
*Safety-Kleen Systems, Inc.*

cc: Counsel of record (via ECF)