UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VILLAGE OF NYACK, NEW YORK,

                      Plaintiff,

-against-

PROFESSIONAL DISPOSABLES, INC., et al.,

                      Defendants.

ORDER

25-CV-01409 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 12, 2025, the Court held a telephonic pre-motion conference (the "Pre-Motion Conference") concerning certain of the Defendants' anticipated motions to dismiss the Second Amended Complaint (Doc. 82). As discussed during the conference, the Court directs:

1) Plaintiff, by August 12, 2025, to serve and file the Third Amended Complaint, substituting Defendant Clean Harbors Environmental Services, Inc. with the entity Clean Harbors, Inc., and otherwise, to the extent feasible, supplement the amended pleading consistent with the Court's directives during the Pre-Motion Conference;

2) Plaintiff, by July 12, 2025, to serve and file affidavits of service of the Second Amended Complaint on Nice-Pak Products, Inc., Professional Disposables International, Inc., and Aremco Products, Inc.;

3) Plaintiff, by July 12, 2025, to either request certificates of default from the Clerk of Court or serve and file affidavits of service of the Second Amended Complaint on each of the following defendants: Miele Sanitation Co. NY, Inc.; Joseph Miele; United Structural Works, Inc.; General Bearing Corporation; and M Zone Property LLC; and

4) Defendants, within 30 days from the date of service of the Third Amended Complaint, to answer or other otherwise respond thereto. If the Defendants decide to move to

dismiss, any pre-motion practice shall be conducted in accordance with this Court's Individual Practices. If the Defendants instead choose to rest on their previous pre-motion letter submissions (Doc. 83; Doc. 84), they shall file a letter with the Court within the same 30-day deadline thus indicating.

Dated: White Plains, New York
June 12, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge