

**WARSHAW BURSTEIN, LLP**
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

> Application granted. The pre-motion conference is adjourned to October 22, 2025 at 12:00 p.m. At the time of the conference, all parties shall call the following number: 855-244-8681; access code 2317 236 5283.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 154.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 2, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Village of Nyack, New York v. Professional Disposables Inc., et al.*, Case No. 7:25-cv-01409

Dear Judge Halpern:

    I write on behalf of defendant Chartwell Star Rx, LLC ("Chartwell") pursuant to Rules 1(B) and 1(C) of this Court's Individual Practices in Civil Cases to request an adjournment of the pre-motion conference that this Court scheduled to take place on October 15, 2025 at 12:30 p.m. [Doc. No. 148.] October 15, 2025 is the Jewish holiday of Simchat Torah, during which I will be offline and unable to participate in any court conference. No other attorney from my firm has appeared in or worked on this matter. Counsel for defendants Plastic-Craft Products Corp., Tilcon New York Inc., and Intercos America, Inc. have also indicated that they have immovable conflicts during the currently-scheduled time for the pre-motion conference, and accordingly, they join in this request. None of the other defendants have yet objected to this request, and no defendants have yet indicated a conflict with the alternative dates of October 21-23, which Chartwell now proposes. That said, Chartwell is open to any other date the Court chooses.

    No other requests to adjourn this conference have been previously made, and plaintiff does not object to this request for an adjournment.

Respectfully submitted,

_/s/ Leron Thumim_
Leron Thumim

{1817320.2}