UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VILLAGE OF NYACK, NEW YORK,

            Plaintiff,

-against-

PROFESSIONAL DISPOSABLES, INC., et al.,

           Defendants.

**ORDER**

25-CV-01409 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held a telephonic pre-motion conference on the Moving Defendants' anticipated motion to dismiss on October 22, 2025.

    During the conference, the Court granted Moving Defendants' leave to move to dismiss Plaintiff's Third Amended Complaint, and set a briefing schedule as follows and with the following directives:

1) Defendants shall serve, not file, their motion by November 19, 2025. The papers shall include the following: one (1) joint notice of motion; one (1) joint memorandum of law on behalf of all Moving Defendants, limited to twenty-five (25) double-spaced pages (the "Joint MOL"); and to the extent counsel for each Moving Defendant deems necessary, eleven (11) affidavits of counsel, one for each of the Moving Defendants. The affidavits of each Defendant's counsel shall be limited to three (3) double-spaced pages and contain argument distinct from the Joint MOL, specifically setting forth why the allegations against each of their respective clients are insufficient.

2) Plaintiff shall serve, not file, their opposition by December 19, 2025. The opposition shall include the following: one (1) joint memorandum of law in opposition, limited to twenty-five (25) double-spaced pages ("Plaintiff's Opp."); and up to eleven (11)

affidavits of Plaintiff's counsel, commensurate with the number filed by Defendants, responding to each argument set forth therein. These affidavits are also limited to three (3) double-spaced pages.

3) Defendants shall serve their reply brief, limited to fifteen (15) double-spaced pages, by January 7, 2026. There will be no additional affidavits served on reply. All papers, including Defendants' moving papers, Plaintiff's opposition papers, and Defendants' reply, shall be filed on the reply date, January 7, 2026.

SO ORDERED:

Dated:   White Plains, New York
         October 22, 2025

_____
PHILIP M. HALPERN
United States District Judge